## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of:               } | |
| } | Case No. 13-11789 |
| Sirotin, Vladimir Felix         } | Chapter 13 |
| } | |
| } | |
| Debtor(s)                       } | |

### DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE DOCUMENTS

Debtors, Vladimir Felix Sirotin, respectfully requests that this Honorable Court allow the debtor an additional seven days to file those documents listed on this Court's "Order to Update." In support of this motion, Debtor(s) state:

1. Debtors filed a voluntary Chapter 13 Petition on 3/29/2013.

2. Debtor has a complicated bankruptcy estate that includes several income producing properties.

3. Debtor will most likely have a 100% chapter 13 repayment plan.

4. Debtor, and his attorney, need additional time to compile and review records in order to prepare and submit accurate schedules.

**WHEREFORE,** Debtor(s) prays that this Court allow the debtor an additional seven days to submit the required documents listed in this Court's Order to Update, by granting this motion.

Respectfully Submitted by:

**April 15, 2013**

/s/ Dax Grantham __
Dax Grantham, BBO# 651066
Grantham Cencarik, PC
271 Cambridge Street
Cambridge, MA 02141
Tel. (617) 497-7141
Fax (617) 497-7140

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 13-11789 |
| Sirotin, Vladimir Felix } | Chapter 7 |
| } | |
| } | |
| Debtor(s) } | |

**CERTIFICATE OF SERVICE**

I, Dax Grantham, hereby certify that on April 15, 2013 a true copy of **DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE DOCUMENTS** and it supporting documents was presented via this court's ECF system to the parties listed below, and by first class mail, postage prepaid, upon the parties listed on the attached schedule A.

Respectfully Submitted by:

/s/ Dax Grantham
Dax Grantham, BBO# 651066
Grantham Cencarik, PC
271 Cambridge Street
Cambridge, MA 02141
Tel. (617) 497-7141
Fax (617) 497-7140

| **Trustee** | **US Trustee** |
|---|---|
| Carolyn Bankowski | John Fitzgerald |
| Office of the Chapter 13 Trustee | Office of the US Trustee |
| PO Box 8250 | 10 Causeway Street |
| Boston, MA 02114 | Boston, MA 02222 |
| *(ecf)* | *(ecf)* |
| | |