UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

Vladimir Felix Sirotin,

         Debtor.

CHAPTER 13
CASE NO. 13-11789-FJB

NOTICE OF APPEARANCE
AND
<u>REQUEST FOR SERVICE OF PAPERS</u>

      You are hereby given notice that HARMON LAW OFFICES, P.C.  appears for JPMorgan Chase Bank, National Association to represent its interests in this matter.  You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                     Respectfully submitted,

                     JPMorgan Chase Bank, National Association,

                     By its Attorney

                     /s/ Richard T Mulligan_____
                     Richard T Mulligan, Esquire
                     BBO# 567602
                     HARMON LAW OFFICES, P.C.
                     P.O. Box 610345
                     Newton Highlands, MA 02461-0345
                     781 398-4800
                     617-243-4049 (fax)
                     mabk@harmonlaw.com

Dated:  April 18, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Vladimir Felix Sirotin

CHAPTER 13
CASE NO. 13-11789-FJB

CERTIFICATE OF SERVICE

I, Richard T Mulligan, Esquire, state that on April     18        , 2013, I electronically filed the
foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the
CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire,  Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Dax B. Grantham, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the
Court on the following non CM/ECF participants:

/s/ Richard T Mulligan
Richard T Mulligan, Esquire
BBO# 567602

Mr. Vladimir Felix Sirotin
183 Rock Street
Norwood, MA 02062

RTM//201008-2276/Sirotin, Vladimir